## TORNABELLS & CÍA. *v.* MESTRE.

### APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 63.—Resuelto en febrero 19, 1904.

APELACIÓN.—No habiendo error alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.(*)

### EXPOSICIÓN DEL CASO.

*Resultando:* que se interpuso una demanda por el recurrido contra el recurrente con motivo de un pagaré por $1,374 fechada en 23 de mayo de 1902, y vencido en 31 de diciembre de 1902, devengando intereses al tipo del uno por ciento mensual desde su vencimiento hasta el pago del mismo.

*Resultando:* que la demanda fué deducida en 2 de marzo de 1903 ante el Tribunal de Distrito de Mayagüez, y los demandados después de haber sido citados, no comparecieron ante el tribunal y la causa siguió su curso regular, y en 26 de junio de 1903 se dictó sentencia a favor del demandante por el importe del pagaré, intereses y costas.

*Resultando:* que en cuatro de julio de 1903, se presentó escrito de recurso de apelación a favor de los demandados, sin alegar motivo alguno en apoyo de dicha apelación y diez días después los autos fueron elevados a este tribunal, en donde ambas partes comparecieron a debido tiempo, originándose la demora usual en la preparación de la causa para el juicio de la misma.

*Resultando:* que no hay nada en los autos a favor del recurrente para justificar el presente recurso de apelación, y

que en 28 de enero de 1904, la causa fué sometida al tribunal en pública sesión del mismo, sin la asistencia de ningún letrado a nombre de los recurrentes, en cuyo juicio el recurrido fué representado por su abogado.

Abogado de los apelantes: *Sr. Monserrat.*

Abogado del apelado: *Sr. Smith.*

El Juez Asociado Sr. MacLeary, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Aceptando* los hechos según constan en autos de la sentencia contra la cual se interpuso la presente apelación.

*Considerando:* que es claro que esta es una deuda justa y debidamente probada y que la sentencia fué pronto y debidamente dictada por el tribunal de distrito, hace más de siete (*) meses, y que el recurso de apelación evidentemente fué interpuesto únicamente con el objeto de causar demora.

*Fallamos:* que debemos confirmar y confirmamos la sentencia contra la cual se interpuso el presente recurso de apelación, con las costas contra los recurrentes, Tornabells & Compañía.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández y Figueras.

El Juez Asociado Sr. Sulzbacher no formó tribunal en la vista de este caso.